No. 78–586. OSTRER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–587. McLENNAN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–618. PINNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–653. BRENNAN ET VIR, DBA P. H. BRENNAN HAND DELIVERY v. UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 78–675. MAHER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–694. BARONE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–698. SHIMBERG ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–722. STARR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–732. SWISHER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–766. AMERICAN CAST IRON Co. v. PETTWAY ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–772. GARRETT FREIGHTLINES, INC. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–782. PIPELINE CONSTRUCTION Co., INC. v. JAFFEE ET AL. Ct. App. Mass. Certiorari denied.

No. 78–796. SPERL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 78–810. SCHOLL, INC. v. S. S. KRESGE Co. C. A. 7th Cir. Certiorari denied.